UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

June 24, 2003

Memo To Counsel Re: White v. Global Commerce and Information, Inc.
Civil No. JFM-03-26

Dear Counsel:

I have reviewed the letters you have submitted in connection with your pending discovery disputes.

Plaintiff's interrogatories and requests for production of documents are self evidently over broad and unduly burdensome. Therefore, her request for additional information is denied. Although plaintiff may have been entitled to obtain isolated pieces of the information she now seeks if she had filed properly drawn discovery requests, she is not entitled to have this court winnow down her requests for her. To do so would be to encourage the filing of improper discovery requests and unreasonably increase the cost of litigation.

You should continue to confer with one another about the protective order. If you cannot agree upon its terms, please submit supplemental letters defining any remaining issues and I will rule upon them.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge