IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICHELLE L. WHITE,            :
                              :
        Plaintiff,         :        Civil Action No. JFM 03 CV 26
                              :
v.                            :
                              :
GLOBAL COMMERCE AND           :
INFORMATION, INC.,            :
                              :
        Defendant.         :

**STIPULATION REGARDING DEFENDANT'S FINANCIAL INFORMATION**

      Plaintiff, Michelle L. White, and defendant, Global Commerce and Information, Inc. ("Global" or "the Company"), hereby stipulate and agree that Global will produce to plaintiff all information responsive to plaintiff's request for production number 7 regarding Global's financial information, served on February 21, 2003, within seven (7) days after any denial, in whole or in part, of any summary judgment motion filed by defendant (so long as the issue of punitive damages remains in the case) or within 60 days of trial, whichever is earlier.

_____
Gary L. Lieber (Bar No. 05354)
Anessa Abrams (Bar No. 012581)
Schmeltzer, Aptaker & Shepard, P.C.
2600 Virginia Avenue, N.W.
Suite 1000
Washington, D.C. 20037
(202) 333-8800
FAX (202) 625-3301

Attorneys for Plaintiff
Michelle L. White

_____
Teresa Burke Wright (Bar No. 08602)
Jackson Lewis LLP
8614 Westwood Center Drive
Suite 950
Vienna, VA 22182
(703) 821-2189
FAX (703) 821-2267

Attorney for Defendant
Global Commerce and Information, Inc.

AO2339